**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Alberto GONZALEZ–ROMERO,**
**Defendant–Appellant.**

No. 06–30462.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007.*

Filed June 12, 2007.

Michael S. Lahr, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

L. Sanford Selvey, II, Esq., Selvey Law Firm, LLC, Billings, MT, for Defendant–Appellant.

Before: PREGERSON, FERGUSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Defendant–Appellant Carlos Alberto Gonzalez–Romero appeals his conviction for illegal re-entry after deportation in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291.

The issue before us is whether the district court erred when it instructed the

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jury regarding the voluntariness element of 8 U.S.C. § 1326. Considering the instructions as a whole, the district court's error, if any, is harmless beyond a reasonable doubt.

AFFIRMED.